```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania

In re:                                                      Case No. 15-11889-elf
Benjamin Raven                                              Chapter 13
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0313-2         User: SaraR            Page 1 of 2          Date Rcvd: Apr 16, 2020
                             Form ID: 138NEW        Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db             +Benjamin Raven,    1002 N. 66th Street,    Philadelphia, PA 19151-3103
13537953       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13492868       +Midland Mortgage Compa/Mid First Bank,    Attn: Bankruptcy,    Pob 26648,
                 Oklahoma City, OK 73126-0648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:52      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 05:00:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:36      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 05:03:56      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC  29603-0587
13492863       +E-mail/Text: bnc-applied@quantum3group.com Apr 17 2020 05:00:33      Applied Card Bank,
                 Attention: Bankruptcy,    Po Box 17125,    Wilmington, DE 19850-7125
13590796        E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:52      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13492864       +E-mail/Text: bankruptcy@caiarm.com Apr 17 2020 04:59:44      Cr Adjstment,    330 Florence St,
                 Defiance, OH 43512-2593
13492865       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 17 2020 04:59:32      Department of Treasury,
                 Internal Revenue Services,    PO Box 7346,    Philadelphia, PA 19101-7346
13492866       +E-mail/Text: convergent@ebn.phinsolutions.com Apr 17 2020 05:00:35
                 ER Solutions/Convergent Outsourcing, INC,    Po Box 9004,    Renton, WA 98057-9004
13544111        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 05:03:53
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13492867       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 05:03:55      Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13492869        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:03:43
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13512418        E-mail/Text: appebnmailbox@sprint.com Apr 17 2020 05:00:13      Sprint,    Attn Bankruptcy Dept,
                 PO Box 7949,    Overland Park KS 66207-0949
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE          ##+Raymond Kempinski,    Law Office of Raymond Kempinski,    1700 Market Street,    Suite 1005,
                 Philadelphia, PA 19103-3920
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: SaraR              Page 2 of 2               Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW          Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:

        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        RAYMOND M. KEMPINSKI    on behalf of Debtor Benjamin  Raven raykemp1006@gmail.com, raykemp1006@gmail.com
        RAYMOND M. KEMPINSKI    on behalf of  Raymond  Kempinski raykemp1006@gmail.com, raykemp1006@gmail.com
        THOMAS I. PULEO   on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com

        TOTAL: 6

Case 15-11889-elf   Doc 66   Filed 04/18/20   Entered 04/19/20 00:44:52   Desc Imaged
Certificate of Notice   Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Benjamin Raven
      Debtor(s)

Bankruptcy No: 15−11889−elf
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

    For The Court
    Timothy B. McGrath
    Clerk of Court

Dated: 4/16/20

65 − 63
Form 138_new