United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-11889-elf
Benjamin Raven                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: SaraR            Page 1 of 2              Date Rcvd: Jun 02, 2020
                               Form ID: 206           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2020.
db             +Benjamin Raven,    1002 N. 66th Street,    Philadelphia, PA 19151-3103
13537953       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13492868       +Midland Mortgage Compa/Mid First Bank,    Attn: Bankruptcy,   Pob  26648,
                 Oklahoma City, OK 73126-0648
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 03 2020 03:01:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 03 2020 03:01:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 03 2020 03:01:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Jun 03 2020 03:08:18      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,   GREENVILLE, SC  29603-0587
13492863       +E-mail/Text: bnc-applied@quantum3group.com Jun 03 2020 03:01:38      Applied Card Bank,
                 Attention: Bankruptcy,    Po Box 17125,   Wilmington, DE 19850-7125
13590796        E-mail/Text: megan.harper@phila.gov Jun 03 2020 03:01:42     City of Philadelphia,
                 Law Department Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13492864       +E-mail/Text: bankruptcy@caiarm.com Jun 03 2020 03:01:16     Cr Adjstment,    330 Florence St,
                 Defiance, OH 43512-2593
13492865       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 03 2020 03:01:14     Department of Treasury,
                 Internal Revenue Services,   PO Box 7346,   Philadelphia, PA 19101-7346
13492866       +E-mail/Text: convergent@ebn.phinsolutions.com Jun 03 2020 03:01:39
                 ER Solutions/Convergent Outsourcing, INC,    Po Box 9004,   Renton, WA 98057-9004
13544111        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 03 2020 03:08:08
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13492867       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 03 2020 03:08:04      Lvnv Funding Llc,
                 Po Box 10497,   Greenville, SC 29603-0497
13492869        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2020 03:08:03
                 Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
13512418        E-mail/Text: appebnmailbox@sprint.com Jun 03 2020 03:01:33     Sprint,    Attn Bankruptcy Dept,
                 PO Box 7949,   Overland Park KS 66207-0949
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE         ##+Raymond Kempinski,    Law Office of Raymond Kempinski,   1700 Market Street,    Suite 1005,
                Philadelphia, PA 19103-3920
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: SaraR              Page 2 of 2              Date Rcvd: Jun 02, 2020
                              Form ID: 206             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:

```
              JOSHUA I. GOLDMAN    on behalf of Creditor    MidFirst Bank Josh.Goldman@padgettlawgroup.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Benjamin  Raven raykemp1006@gmail.com,
               raykemp1006@gmail.com
              RAYMOND M. KEMPINSKI    on behalf of  Raymond  Kempinski raykemp1006@gmail.com,
               raykemp1006@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Benjamin Raven                                                                 Case No: 15−11889−elf

    Debtor(s)

___

**NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☒ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 6/2/20

For The Court

Timothy B. McGrath
Clerk of Court

70
Form 206